**Opinion issued February 10, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00665-CV

———————————

**ADAM MILLER, Appellant**

**V.**

**LAIRD HOMES, LLC, THOMAS LAIRD, INDIVIDUALLY, AND GAY & LOUDERMILK ENGINEERS, INC., Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-30245**

---

## MEMORANDUM OPINION

Adam Miller has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.